**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | |
|---|---|
| **TREY GOODMAN,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **CIVIL ACTION NO. 5:14-CV-340 (MTT)** |
| ) | |
| **STATE OF GEORGIA,** *et al.*, ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

## ORDER

Before the Court is the Order and Recommendation of United States Magistrate Judge Thomas Q. Langstaff.  (Doc. 8).  After reviewing the Plaintiff's complaint pursuant to 28 U.S.C. § 1915A, the Magistrate Judge allowed the claim against Defendant Carter to proceed and recommends that any and all claims against the State of Georgia and Warden Bruce Chatman be dismissed.  The Plaintiff has not objected to the Recommendation.  The Court has reviewed the Recommendation, and the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.  The Recommendation is **ADOPTED** and made the order of this Court. Accordingly, the claims against the State of Georgia and Defendant Chatman are **DISMISSED**.

SO ORDERED, this 6th day of April, 2015.

S/ Marc T. Treadwell
MARC T. TREADWELL
UNITED STATES DISTRICT COURT